**JUDGE CHIN**

08 CIV 6535

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Erica Gragg

Plaintiff,

-v-

Melissa G. Perlman, Amansala USA LLC and Does 1-100

Defendant.

Case No. 08 CV 6535 (DC)

ECF Case

Rule 7.1 Statement

RECEIVED JUL 23 2008 U.S.D.C. S.D. N.Y CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Erica Gragg   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

Date: 7/22/2008

Signature of Attorney

Attorney Bar Code: WK-5172

Form Rule7_1.pdf  SDNY Web 10/2007