## RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District, District of New York

Index Number: 08-CIV-6535

Plaintiff:
**Erica Gragg**

vs.

Defendant:
**Melissa G. Perlman, Amansala USA LLC, et al.**

For:
William Kerr
KERR & RICHARDS
14 Wall Street
20th
New York, NY  10005

Received by One Legal on the 23rd day of July, 2008 at 8:46 am to be served on **Melissa G. Perlman, 1522 E. Solano Drive, Phoenix, AZ 85008.**

I, Lester Steward, do hereby affirm that on the **24th day of July, 2008** at **5:48 pm**, I:

**SUBSTITUTE** served by delivering a true copy of the **Summons in a Civil Action, Complaint, Civil Cover Sheet, Chin Rules, Dolinger Rules, ECF SDNY Rules, Consent to Proceed Before a U.S. Magistrate** with the date and hour of service endorsed hereon by me, to: **Arthur H. Perlman** as **Father, Co-Occupant** at the address of: **1522 E. Solano Drive, Phoenix, AZ 85008**, the within named person's usual place of **Abode**, who resides therein, who is eighteen (18) years of age or older and informed said person of the contents therein, in compliance with state statutes.

SUBSTITUTE/SERVICE MAILING was completed by mailing a true copy of the documents to the defendant at the address of service on 7/25/08 from Phoenix, AZ, by _Mal a_____
MARK HAMILTON

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Lester Steward
Process Server

One Legal
504 Redwood Blvd.
#223
Novato, CA  94947
(415) 491-0606
Our Job Serial Number: 2008000010
Ref: 1755053

MARK ALAN HAMILTON
Notary Public - Arizona
Maricopa County
My Commission Expires
December 12, 2009

_Mark Alan Hamilton_
Notary

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Erica Gragg

**SUMMONS IN A CIVIL ACTION**

V.

Melissa G. Perlman, Amansala USA LLC and Does 1-100

CASE NUMBER:

**08 CIV 6535**

TO: (Name and address of Defendant)

Melissa G. Perlman
2538 N. 55th Street
Phoenix, AZ 85008

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William B. Kerr
Kerr & Richards
14 Wall Street, 20th Floor
New York, New York 10005

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE    7/22/2008    JUL 23 2008

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                Date

                _____
                *Signature of Server*

                _____
                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.