# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District, District of New York

Index Number: 08-CIV-6535

Plaintiff:
**Erica Gragg**

vs.

Defendant:
**Melissa G. Perlman, Amansala USA LLC, et al.**

For:
William Kerr
KERR & RICHARDS
14 Wall Street
20th
New York, NY 10005

Received by One Legal on the 23rd day of July, 2008 at 9:31 am to be served on **Melissa G. Perlman, Agent for Service Amansala USA, LLC, 1522 E. Solano Drive, Phoenix, CA 85008**.

I, Lester Steward, do hereby affirm that on the **24th day of July, 2008** at **5:48 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action, Complaint, Civil Cover Sheet, Chin Rules, Dolinger Rules, ECF SDNY Rules, Consent to Proceed Before a U.S. Magistrate** with the date and hour of service endorsed hereon by me, to: **Arthur H. Perlman** as **Father, Co-Occupant** for **Melissa G. Perlman, Agent for Service, Amansala USA, LLC**, at the address of: **1522 E. Solano Drive, Phoenix, AZ 85008**, and informed said person of the contents therein, in compliance with state statutes.

SUBSTITUTE/SERVICE MAILING was completed by mailing a true copy of the documents to the defendant at the address of service on 7/25/08 from Phoenix, AZ, by _____
                                                                              MARK HAMILTON

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Lester Steward
Process Server

One Legal
504 Redwood Blvd.
#223
Novato, CA 94947
(415) 491-0606
Our Job Serial Number: 2008000011
Ref: 1755054

MARK ALAN HAMILTON
Notary Public - Arizona
Maricopa County
My Commission Expires
December 12, 2009

Notary

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern        District of        New York

Erica Gragg

**SUMMONS IN A CIVIL ACTION**

V.

Melissa G. Perlman, Amansala USA LLC and Does 1-100

CASE NUMBER:

**08 CIV 6535**

TO: (Name and address of Defendant)

Amansala USA LLC
1522 E. Solano Drive
Phoenix, AZ  85008

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William B. Kerr
Kerr & Richards
14 Wall Street, 20th Floor
New York, New York  10005

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    JUL 2 2 2008
                                                      7/22/2008
CLERK                                                 DATE

(By) DEPUTY CLERK

&AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                       *Signature of Server*

                                         _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.